Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–15454–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brittany L Relvas
aka Brittany L Foster
410 S. Rt. 73 South
Winslow, NJ 08037

Michael B Relvas
410 S. Rt. 73 South
Winslow, NJ 08037

Social Security No.:
   xxx–xx–3072                                    xxx–xx–8420

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor and Joint Debtor was entered on March 9, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: March 9, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15454-JNP
Brittany L Relvas                                               Chapter 13
Michael B Relvas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Mar 09, 2018
                               Form ID: 148            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db/jdb           Brittany L Relvas,   Michael B Relvas,    410 S. Rt. 73 South,    Winslow, NJ  08037
516712608       +AES/NCT,   PO Box 61047,   Harrisburg, PA 17106-1047
516712611       +Bank of America,   P.O. Box 15796,   Wilmington, DE 19886-5796
516838652       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516712614        Capital One Bank,   PO Box 32081,   Salt Lake City, UT 84130-0281
516712620       +FNB Omaha,   PO Box 3412,   Omaha, NE 68103-0412
516735802       +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
516712621       +Hainsport Enterprises, Inc.,   P.O. Box 449,   Hainsport, NJ 08036-0449
516773994       +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516822615      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Department of Treasury,
                  Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516712624       +Schachter Portnoy, LLC,   3490 US Route 1, Suite 6,   Princeton, NJ 08540-5920
516712629        Tri State Financial Incorporated,   P.O. Box 29352,   Phoenix, AZ 85038-9352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2018 22:49:40     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2018 22:49:38     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516805120        EDI: BECKLEE.COM Mar 10 2018 03:38:00     American Express Centurion Bank,
                  c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516712609       +EDI: AMEREXPR.COM Mar 10 2018 03:38:00     Amex,   PO Box 297871,
                  Fort Lauderdale, FL 33329-7871
516712610        EDI: BANKAMER.COM Mar 10 2018 03:38:00     Bank of America,   PO Box 982238,
                  El Paso, TX 79998
516950351       +E-mail/Text: bncmail@w-legal.com Mar 09 2018 22:49:45     COMENITY CAPITAL BANK,
                  C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,   Seattle, WA 98121-3132
516712612        EDI: CAPITALONE.COM Mar 10 2018 03:38:00     Capital One,   PO Box 30285,
                  Salt Lake City, UT 84130-0285
516771133       +EDI: AISACG.COM Mar 10 2018 03:38:00     Capital One Auto Finance,   PO Box 165028,
                  Irving, TX 75016-5028
516712613       +EDI: CAPONEAUTO.COM Mar 10 2018 03:43:00     Capital One Auto Finance,   3901 N Dallas Pkwy,
                  Plano, TX 75093-7864
516741064       +EDI: AIS.COM Mar 10 2018 03:43:00     Capital One Auto Finance c/o AIS,
                  Portfolio Services, LP f/k/a AIS Data,   Services d/b/a Ascension Capital Group,
                  4515 N. Santa Fe Ave Dept APS,   Oklahoma City, OK 73118-7901
516767367       +EDI: AISACG.COM Mar 10 2018 03:38:00     Capital One Auto Finance,,
                  c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
516911756        EDI: BL-BECKET.COM Mar 10 2018 03:43:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                  PO Box 3001,   Malvern PA 19355-0701
516712615       +E-mail/Text: bankruptcy@cavps.com Mar 09 2018 22:49:50     Cavalry Portfolio Services,
                  Attn.: Customer Care,   500 Summit Lake Dr., Suite 400,   Valhalla, NY 10595-2322
516946628       +E-mail/Text: bankruptcy@cavps.com Mar 09 2018 22:49:50     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516712616        EDI: CHASE.COM Mar 10 2018 03:43:00     Chase Card Services,   P.O. Box 15298,
                  Wilmington, DE 19850-5298
516712617       +EDI: CITICORP.COM Mar 10 2018 03:38:00     Citi,   PO Box 6241,   Sioux Falls, SD 57117-6241
516712618        EDI: DISCOVER.COM Mar 10 2018 03:38:00     Discover Financial Services,   PO Box 15316,
                  Wilmington, DE 19850
516726173        EDI: DISCOVER.COM Mar 10 2018 03:38:00     Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH  43054-3025
516712619       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 09 2018 22:49:57     ESB/Harley Davidson Credit,
                  PO Box 21829,   Carson City, NV 89721-1829
516712622        EDI: IRS.COM Mar 10 2018 03:38:00     Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA 19101-7346
516712623       +EDI: CBSKOHLS.COM Mar 10 2018 03:38:00     Kohls/Capital One,   N56 W 17000 Ridgewood Drive,
                  Menomonee Falls, WI 53051-5660
516822743        EDI: RESURGENT.COM Mar 10 2018 03:43:00     LVNV Funding LLC,   c/o Resurgent Capital Services,
                  PO Box 10587,   Greenville, SC  29603-0587
516902054       +EDI: MID8.COM Mar 10 2018 03:43:00     MIDLAND FUNDING LLC,   PO BOX 2011,
                  WARREN, MI 48090-2011
516949773        EDI: PRA.COM Mar 10 2018 03:38:00     Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516853624        EDI: Q3G.COM Mar 10 2018 03:38:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
516712626       +EDI: RMSC.COM Mar 10 2018 03:38:00     SYNCB/AMAZON,   PO Box 965015,   Orlando, FL 32896-5015
516712627        EDI: RMSC.COM Mar 10 2018 03:38:00     Syncb/Walmart,   PO Box 965024,   El Paso, TX 79998
516718279       +EDI: RMSC.COM Mar 10 2018 03:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 28

```
District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Mar 09, 2018
                              Form ID: 148          Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516712625*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 245,
                  Trenton, NJ 08695)
516712628     ##Tri State Financial,    P.O. Box 1852,    Southgate, MI 48195-0852
                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Andrew B. Finberg    on behalf of Joint Debtor Michael B Relvas andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Andrew B. Finberg    on behalf of Debtor Brittany L Relvas andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor   Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 6
```